UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE SCHERF, | Civil No. 1:14-cv-03187-LRS |
| Plaintiff, | |
| v. | ORDER OF REMAND AND JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) will hold a *de novo* hearing, and Plaintiff may raise any issue and submit additional evidence in support of her claim. The ALJ

Page 1    ORDER OF REMAND AND JUDGMENT
[Civil No. 1:14-cv-03187-LRS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2545

will fully evaluate all of the evidence of record. The ALJ will obtain supplemental vocational expert testimony to determine the claimant's ability to perform her past relevant work and/or other work.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 16th day of July 2015.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

Presented by:

s/
Christopher J. Brackett
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA 98104-7075
Phone: (206) 615-2545
christopher.brackett@ssa.gov

Page 2   ORDER OF REMAND AND JUDGMENT
[Civil No. 1:14-cv-03187-LRS]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-2545